**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1121

MAHESH C. SIKKA,

Plaintiff - Appellant,

versus

DONALD H. RUMSFELD, Secretary, Department of
Defense; U. S. DEFENSE COMMISSARY AGENCY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, District
Judge.  (CA-03-895-3)

Submitted:  May 18, 2005               Decided:  June 8, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mahesh C. Sikka, Appellant Pro Se.  Robert P. McIntosh, OFFICE OF
THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mahesh C. Sikka appeals the district court's order adopting the report and recommendation of a magistrate judge and granting summary judgment for Defendants on Sikka's Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. <u>See</u> <u>Sikka v. Rumsfeld</u>, No. CA-03-895-3 (E.D. Va. Nov. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>